AUSA Sullivan

AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| | ) | Case No. 22-2526 BPG |
| JUSTIN KUCHTA | ) | |
| *Defendant(s)* | ) | |

☑ FILED  ___ ENTERED
___ LOGGED  ___ RECEIVED

3:11 pm, Sep 06 2022

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____ Deputy

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of  July 18, 2022  in the county of _____ in the
_____ District of  Maryland , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 875(c) | Interstate Communication Containing a Threat to Injure |

This criminal complaint is based on these facts:
See affidavit.

☑ Continued on the attached sheet.

*Jessica R. O'Shea*
Complainant's signature

Jessica O'Shea, Special Agent, USCP
Printed name and title

Sworn to before me over the telephone and signed by me pursuant to Fed. R. Crim. P. 4.1 and 4(d).

Date: September 6, 2022

Judge's signature

City and state: Baltimore, Maryland

Hon. Beth P. Gesner, U.S Magistrate Judge
Printed name and title