___ FILED   ___ ENTERED
____ LOGGED _____ RECEIVED

10:44 am, Sep 07 2022

AT  BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **CRIMINAL NO. 22-2526 (BPG)** |
| | * | |
| **JUSTIN KUCHTA,** | * | |
| | * | |
| **Defendant** | * | |
| | * | |

**\*\*\*\*\*\*\***

## MOTION TO UNSEAL

The United State of America, by its counsel, Erek L. Barron, United States Attorney for the District of Maryland and Thomas M. Sullivan, Assistant United States Attorney for said District, moves this Honorable Court for an Order unsealing this case for all purposes. The Government states in support of this motion that the defendant has self-surrendered to the U.S. Marshals Service, and there is no longer a need to keep the case under seal.

Accordingly, the Government respectfully requests that this case be unsealed.

Respectfully submitted,

Erek L. Barron
United States Attorney

By:  _____/s/_____
Thomas M. Sullivan
Assistant United States Attorney
6406 Ivy Lane
8th Floor
Greenbelt, Maryland  20770