✓ FILED ___ ENTERED
____ LOGGED _____ RECEIVED

10:45 am, Sep 07 2022
AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY _____Deputy

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| **UNITED STATES OF AMERICA** | * |
| v. | * CRIMINAL NO. 22-2526 (BPG) |
| **JUSTIN KUCHTA,** | * |
| **Defendant** | * |

\*\*\*\*\*\*\*

## ORDER

Upon consideration of the Government's Motion to Unseal in the captioned case and the reasons set forth therein, it is this <u>7th</u> day of September, 2022,

**ORDERED**, that the captioned case be and it hereby is **UNSEALED.**

_____
HONORABLE BETH P. GESNER
CHIEF UNITED STATES MAGISTRATE JUDGE