IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | |
| | * | |
| v. | * | CASE NO. 22-2526 (BPG) |
| | * | |
| JUSTIN KUCHTA, | * | |
| | * | |
| Defendant | * | |
| | * | |

**\*\*\*\*\*\*\***

## ORDER GRANTING GOVERNMENT'S CONSENT MOTION TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT

Having considered the grounds advanced in the Government's Consent Motion to Exclude Time Under the Speedy Trial Act, and good cause having been shown in support of the relief requested by this motion, the Court, on this 15th day of December, 2022, hereby finds that, pursuant to 18 U.S.C. §§ 3161(h)(7)(A) and (h)(7)(B), the ends of justice served by granting the requested continuance in this matter outweigh the best interest of the public and the defendant in a speedy trial, inasmuch as the parties need a longer period than is normally afforded under the Speedy Trial Act for the conduct of plea discussions, and the review of discovery, to attempt to resolve this matter prior to indictment or the filing of an information.

Accordingly, it is hereby **ORDERED** that the requested consent motion is **GRANTED**; and it is further **ORDERED** that for the reasons set forth in the government's consent motion, all time between and including December 16, 2022 and January 16, 2022, shall be excluded from calculations of the amount of time that has expired under the Speedy Trial Act, 18 U.S.C. § 3161, within which the Government is required to file an indictment or information.

_____
HONORABLE BETH P. GESNER
CHIEF UNITED STATES MAGISTRATE JUDGE